# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Isaiah Farnsworth
DOB: 01/26/1979

*Defendant(s)*

)
)
)
)
)
)
)

1:22MJ293 Judge Steger

Case: 1:22-mj-00261
Assigned To : Faruqui, Zia M.
Assign. Date : 11/29/2022
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1), (2), and (4) | Remaining in a Restricted Building, Impede Official Functions, and Engaging in Physical Violence; |
| 40 U.S.C. § 5104(e)(2)(D), (F), and (G) | Disorderly Conduct in a Capitol Building, Physical Violence, Parading through a Capitol Building; |
| 18 U.S.C. §§ 1361 and 2 | Injuring or Depredating Government Property, Aiding and Abetting. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Madison Kirsch, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __11/29/2022__

City and state: _____Washington, D.C._____

2022.11.29 17:23:24 -05'00'

_____
*Judge's signature*

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*